IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Alfred L. Papillon, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:13-cv-2555-RBH-KFM |
| | ) |
| Carolyn W. Colvin, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Motion for Entry of Judgment with Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), with consent of the parties and good cause appearing therefore, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g),[1] and REMANDS the cause to the Commissioner for further administrative proceedings.

Upon remand, the administrative law judge ("ALJ") will be directed to evaluate the opinions of Jonathan Anderson, M.D., and James McNally, M.D.; evaluate a disability determination by the Department of Veterans Affairs that Plaintiff was unemployable and 100 percent permanently and totally disabled due to service-connected disability as of February 25, 2005; and address Plaintiff's request to amend his onset date to January 1, 2008. Since the Plaintiff's date last insured of September 30, 2008, expired before the

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

hearing decision, the ALJ is not required to provide Plaintiff with another hearing. However, Plaintiff is free to demonstrate to the ALJ that the facts of the case warrant another hearing.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

June 18, 2014
Florence, South Carolina